## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Iris Rosales

                        Plaintiff,

v.                                                   Case No.: 1:18−cv−00997
                                                   Honorable Sharon Johnson Coleman

Portfolio Recovery Associates, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 13, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 9/13/2018. Plaintiff's motion to certify class [34] and Defendant's motion to compel arbitration [31] is entered and continued. Plaintiff to file or inform the Court of his decision to file an amended complaint on or before the next status. Status hearing set for 10/9/2018 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.