# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Iris Rosales,

Plaintiff(s),

v.

Portfolio Recovery Associates, LLC,

Defendant(s).

Case No. 18 CV 997
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of defendant Portfolio Recovery Associates, LLC and against plaintiff Iris Rosales

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion to compel arbitration.

Date: 1/18/2019

Thomas G. Bruton, Clerk of Court

Yvette Montanez , Deputy Clerk