# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
## Eastern Division

Iris Rosales
                Plaintiff,

v.                                           Case No.: 1:18−cv−00997
                                                        Honorable Sharon Johnson Coleman

Portfolio Recovery Associates, LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 29, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 1/29/19. Plaintiff Iris Rosales presented its request for reconsideration [68] of the Court's Order. Based on the filings and oral arguments, the Court finds that defendant Portfolio Recovery Associates, LLC did not waive its right to arbitration. The Court agrees, however, the records show that Rosales preserved the right to raise arguments, distinct from waiver, in its opposition to Portfolio's motion to compel arbitration. Now that the Court has ruled that Portfolio did not waive its right to arbitration, the Court will allow limited additional discovery to allow Rosales to depose the two officers of Comenity that have personal knowledge of the debt purchase as argued in Rosales' motion. Dkt. 68 at 4−5. Rosales will also be allowed to submit additional briefing in its opposition to arbitration. Therefore, the Court amends its 1/18/19 Order [66] to reflect that Portfolio has not waived its right to invoke arbitration. Additionally, the Court vacates the portion of the decision compelling arbitration and will allow discovery as stated above. In the interim, any discovery issues on the matters set forth by the Court will be monitored by Judge Finnegan. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.